

**FILED**

SEP 2 6 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

1. IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

2. DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| 3. RANDALL G. STEPHENS, ) | **1 : 24 MC 00051** |
| 4. P. O. BOX 20051 ) | |
| 5. CLEVELAND, OHIO 44120 ) | Miscellaneous Case Number |
| ) | |
| 6. Plaintiff, ) | **JUDGE OLIVER** |
| ) | |
| 7. vs. ) | |
| ) | |
| 8. DOW CHEMICAL COMPANY et. al., ) | Reference Case Number: 1:09 CV 01219 |
| 9. HEAD QUARTERS, ) | |
| 10. 2211 H. H. DOW WAY ) | JUDGE: JAMES E. GWIN |
| 11. MIDLAND, MICHIGAN 48674 ) | |
| ) | |
| 12. and ) | |
| ) | |
| 13. JIM FITTERLING, ) | MOTION PURSUANT TO COURT ORDER |
| 14. CHIEF EXECUTIVE OFFICER OF ) | |
| 15. THE DOW CHEMICAL COMPANY, ) | SEEKING LEAVE TO FILE |
| 16. 2211 H. H. DOW WAY ) | |
| 17. MIDLAND, MICHIGAN 48674 ) | DECLARATORY JUDGMENT |
| ) | |
| 18. and ) | |
| ) | |
| 19. HOWARD UNGERLEIDER, ) | |
| 20. PRESIDENT AND CHIEF ) | |
| 21. FINANCIAL OFFICER OF ) | |
| 22. THE DOW CHEMICAL COMPANY, ) | |
| 23. 2211 H. H. DOW WAY ) | |
| 24. MIDLAND, MICHIGAN 48674 ) | |
| ) | |
| 25. Defendants. ) | JURY DEMAND ENDORSED HEREON |

26.     Now comes Plaintiff Randall G. Stephens and respectfully moves this Honorable Court

27. pursuant to Federal Rule of Civil Procedure 57 which governs the procedure for obtaining a

28. declaratory judgment under United States Code Section 2201. The rule provides for a

29. "speedy hearing" or other form of expedited relief. Federal Rules of Civil Procedure 38 and

$57.00 Received 9/26/2024. Receipt # 154233

30.    39 governs a demand for a jury trial.

31.      PARTIES:

32.    1.    Plaintiff Randall G. Stephens proceeding Pro se, is a citizen of the United States of

33.    America and a resident of the State of Ohio residing at 2825 Apartment 507-B East 130<sup>th.</sup>

34.    Street Cleveland, Ohio 44120.  Plaintiff is a African American of African ancestry.

35.    1.    Defendant, Dow Chemical Company, is among the three largest producers in the

36.    world.  Dow manufactures plastics, chemicals, and agricultural products.  With a presence

37.    in about 160 countries and employs about 54,000 people worldwide.

38.    2,    Defendant Jim Fitterling, is the Chief Executive Officer of the Dow Chemical

39.    Company, and has the duty of making all business decision concerning the best interest

40.    of the Dow Chemical Company's liabilities, assets and profits.

41.    3.    Defendant Howard Ungerleider, is the President and Chief Financial Officer of the

42.    Dow Chemical Company, and has the duty of assisting the Chief Executive Officer in

43.    making all financial business decision, concerning the liability, assets and profits of the

44.    Dow Chemical Company.

45.                    STATEMENT OF FINDINGS OF FACT

46.      January 19, 2016 Plaintiff filed his complaints into the Court of Common Pleas Cuyahoga

47.    County, Ohio which was assigned case number CV-16-857520 and placed on the docket of

48.    now retired Judge Jose' A. Villanueva.  March 29, 2016 Case Management Conference was

49.    held which reads in pertinent part as follows:

50.  "Plaintiff alleges he was denied workers' compensation and social security benefits

51.  earned while working at Union Carbide Corporation, now Dow Chemical Company.

52.  Defendant has filed a motion for judgment on the pleadings and a counterclaim asking the

53.  court to declare Plaintiff Stephens a vexatious litigator.

54.  June 7, 2016 Judge Jose' A Villanueva, Granted Plaintiff's Motion for Leave to File

55.  Instanter the Correct Brief in Opposition to Defendants' Counterclaim to Declare Plaintiff a

56.  Vexatious Litigator, pursuant to New York Life Ins. Co., vs Calhoun, C.C.A. Mo., 114 F.

57.  2d 526, 537 which states as follows:

58.  "Under the statute permitting recovery of damages for "vexatious delay or refusal to

59.  pay" of an insurer in payment of a policy, no penalty can be inflicted unless it appears to a

60.  reasonable and prudent man before the trial that refusal was willful and without reasonable

61.  cause, and penalty will not be inflicted because of adverse outcome of trial.

62.                                   ISSUE I

63.  Whether Plaintiff is a vexatious litigator in compliance with Ohio Rule of Civil

64.  Procedure 3, and Ohio Revised Code Section 2323.52?

65.  March 13, 2017 the Defendants Dow Chemical Company et. al., through and by their

66.  Attorneys the Zashin & Rich Labor and Employment Law Firm, Lead Attorney Jeffrey J.

67.  Wedel, filed their second Motion requesting the Court to declare Plaintiff a Vexatious

68.  Litigator pursuant to the Ohio Revised Code Section 2323.52.

69.  In the case of Whipps v. Ryan, 2013-Ohio-4382 the Court of Appeals of Ohio, Tenth

-4-

70.    Appellant District Franklin County Judgment Rendered October 3, 2013 Reversed; cause

71.    Remanded.  At page 3 last paragraph reads as follows:

72.        With regards to a declaration that a party is a Vexatious Litigator, Ohio Revised Code

73.    Section 2323.52 unambiguously requires the commencement of a civil action, and a motion

74.    is not equivalent of a complaint.  Pursuant to Ohio Rule of Civil Procedure 3, a party

75.    commences a civil action by filing a complaint.  Accordingly, filing a motion in a pending

76.    cause of action is not equivalent of commencing a civil action as intended by both Ohio

77.    Revised Code Section 2323.52 and Ohio Rule of Civil Procedure 3.

78.              STATEMENT OF FINDINGS OF FACT

79.        January 12, 2017 Court of Common Pleas Cuyahoga County, Ohio Journal Entry of

80.    Kelly Ann Gallagher, reads in its entirety as follows:

81.       "Final Pretrial set for 02/23/2017 at 02:00 P. M.  Parties with authority to settle are to be

82.    present.  Out of Town Adjusters/Parties with authority may appear by telephone provided

83.    they remain available throughout the entire conference."

84.                  ISSUE II

85.        Whether the Defendants Dow Chemical Company et. al., Breached the Court Ordered

86.    Agreed Settlement by All Parties, which was Ordered by Judge Kelly Ann Gallagher, to be

87.    settled at the final pretrial date of February 23, 2017 at 02:00 P. M.?

88.        February 23, 2017 at 02:00 P. M. Pretrial was held, Attorney Jeffery J. Wedel, appeared

89.    and represented the Defendants Dow Chemical Company et. al., Plaintiff Randall G.

90.     Stephens, appeared Pro se, the Defendants Dow Chemical Company et. al., did not object

91.     nor disagreed with the Court Order Agreed Settlement by the All Parties, which was Ordered

92.     by Judge Kelly Ann Gallagher, January 12, 2017 in her Journal Entry.  Which designation is

93.     an irrevocable consent of the parties thereto to such jurisdiction under Ohio Revised Code

94.     Section 2711.01 to 2711.14 inclusive.

95.         May 22, 2017 Judge Kelly Ann Gallagher, filed her Opinion and Order which reads in

96.     pertinent part as follows:

97.         Opinion: "In this instant case, Mr. Stephens submitted to this Court an "Order by the

98.     Court of Agreed Settlement by All Parties."  In said document, Mr. Stephens awarded

99.     himself close to five billion dollars, payable in six payments by Dow Chemical Company.

100.        Judge Kelly Ann Gallagher's May 22, 2017 Journal Entry Order reads in pertinent part

101.    as follows:

102.        As no issues remain to be litigated, this Order is Final.  No just cause for delay.

103.            OHIO REVISED CODE SECTION 5321.12 RECOVERY OF DAMAGES.

104.        In any action under Chapter 5321.12 of the Ohio Revised Code, any party may recover

105.    damages of the breach of contract or the breach of any duty that is imposed by law.

106.            PLAINTIFF'S LEGAL RIGHTS AS A MATTER OF LAW

107.        In accordance with Ohio Rule of Civil Procedure 3, Ohio Revised Code Section

108.    2323.52, and precedent case law Whipps vs Ryan, Plaintiff is not and cannot be a

109.    vexatious litigator by law.

110.    Further in accordance with Ohio Revised Code Sections 2711.01 to 2711.14 the

111.    jurisdiction of the Court of Common Pleas Cuyahoga County, Ohio which designation is an

112.    irrevocable consent of the parties there to such jurisdiction, and Ohio Revised Code Section

113.    5321.12 Recovery of Damages, Plaintiff, is entitle to the Court Ordered Agreed Settlement

114.    by All Parties in the amount of Four Billion Eight Hundred One Million One Hundred Forty

115.    Two Thousand Nine Hundred Fifty Six Dollars and Eighty Cents ($4,801,142,956.80),

116.    without any further delay.

117.    Finally, Plaintiff has a right to a speedy public trial, in accordance with Ohio Constitution

118.    Article VIII Section II of the trial of accused person, and their rights.

119.    "In any trial, in any court, the party accused shall be allowed to appear and defend in

120.    person and with counsel; to demand the nature and cause of the accusation against him, and

121.    to have a copy thereof; to meet the witnesses face to face, and to have compulsory process to

122.    procure the attendance of witnesses in his behalf, and a speedy public trial by an impartial

123.    jury of the county in which the offense is alleged to have been committed.

124.    Final Order of the Court of Common Pleas Cuyahoga County, Ohio Case Number

125.    CV-18-903654 Journal Entry reads in its entirety as follows:

126.    "Pursuant to the Notice of Appeal filed May 14, 2020.  All matters in this case are hereby

127.    stayed.  Case will be reinstated to the active docket upon remand."

128.    The Final Order of the Court of Appeal of Ohio Eighth District in Case Number

129.    COA 109722 reads as follows:

130.    "Sua sponte, this appeal is dismissed."  Definition of sua sponte.  Of his or its own will

131.    or motion, voluntarily.

132.    The Final Order of the Supreme Court of Ohio in Case Number 2020-0862 reads as

133.    follows:

134.    "Upon consideration of the jurisdictional memoranda filed in this case, the Court

135.    declines to accept jurisdiction of the appeal pursuant to S. Ct. Prac. R. 7.08(B)(4)."

136.              SUPREME COURT OF OHIO PRACTICE RULE 7.08(B)(4)

137.    Decline to accept the appeal.  In declining to accept an appeal the Supreme Court has

138.    determined that one or more of the following are applicable after review of the

139.    jurisdictional memoranda:

140.    (d)    The appeal does involve a felony, but leave to appeal is not warranted.

141.    OHIO REVISED CODE SECTIONS 2929.12(B), 2929.12(B)(2) and 2929.12(B)(3)

142.              IMPOSING SENTENCE FOR FELONY

143.    Ohio Revised Code Section 2929.12  "The following do not control the court's

144.    discretion, but shall be considered in favor of imposing a longer term of imprisonment

145.    for a felony for which an indefinite term of imprisonment is imposed.

146.    Ohio Revised Code Section 2929.12(B)(2)  Regardless of whether the offender knew

147.    the age of the victim, the victim of the offense was six-five years of age or older,

148. permanently and totally disabled, or less than eighteen years of age at the time of the

149. commission of the offense.

150. Ohio Revised Code Section 2929.12(B)(3)  The victim of the offense has suffered

151. sever social, psychological, physical, or economic injury as a result of the offense.

152. The Final Order of the Supreme Court of the United States, in Case Number 20-1066

153. reads in its entirety as follows:

154. "The petition for writ of certiorari is denied.  Justice Alito took no part in the

155. consideration or decision of this petition."

156. If the writ is denied the court refuses to hear the appeal and, in effect, the judgment

157. below stands unchanged.

158. JURY DEMAND ENDORSED HEREON

159. Plaintiff Randall G. Stephens, respectfully moves this Honor Court pursuant to Federal Rule

160. of Civil Procedure 38 and 39 demanding that a "speedy trial" be held before a jury of twelve

161. (12), of his peers to determine the final and full settlement of his worker's compensation claim

162. as well as final judgment by law on the issues stated in this Motion Pursuant to Court Order

163. Seeking Leave to File Declaratory Judgment with Jury Demand Endorsed Hereon.

164. September 26, 2024 A. D.

165.                                          Respectfully submitted by,

166.
167.                                          Randall G. Stephens
168.                                          Plaintiff Pro se
169.                                          P. O. Box 20051
170.                                          Cleveland, Ohio 44120
171.                                          (216) 536-1052

172.    STATE OF OHIO              )
173.                              ) SS:
174.    COUNTY OF CUYAHOGA         )

175.        AFFIDAVIT IN SUPPORT OF MOTION PURSUANT TO COURT ORDER

176.            SEEKING LEAVE TO FILE DECLARATORY JUDGMENT

177.                WITH JURY DEMAND ENDORSED HEREON

178.    I Randall G. Stephens, being of full age and sound mind, willfully and voluntarily

179.    being first duly sworn and under oath depose and state by these presents do make and

180.    constitute this Twenty Sixth (26th.) day of September 2024 A. D., as follows:

181.    Know all men and women by these presents:  I Randall G. Stephens, further depose and

182.    and state I am the Plaintiff in the above caption action, and that this document raises issues

183.    that have not been asserted in this United States District Court for the Northern District of

184.    Ohio Eastern Division, or in any other court, and the claim and issues are not frivolous and not

185.    submitted in bad faith.  Due, to the fact that the political bands of the United States of America

186.    and the State of Ohio has become so destructive upon my, life that I, no longer having the desire

187.    to be under the political bands of the United States of America, nor the State of Ohio.  Therefore

188.    I, Declare and make this Declaration of Independent of my Sovereignty.

-10-

189.     This affidavit was Executed within the United States, its Territories, Possession, and

190.     Commonwealths. I declare under penalty of perjury that the foregoing instrument is the

191.     truth the whole truth and nothing but the truth and correct so help me God.

192.     Executed on this Twenty Sixth (26th.) day of September 2024 A. D.

193.     Affiant further sayeth naught.

194.     September 26, 2024 A. D.

195.                                                                     Respectfully submitted by,

196.
197.                                           Randall G. Stephens,
198.                                           Affiant
199.                                           P. O. Box 20051
200.                                           Cleveland, Ohio 44120
201.                                           (216) 536-1052

202.     Sworn to and Subscribed Before me in and for said County of Cuyahoga and State of

203.     Ohio on this Twenty Sixth (26th.) day, of September 2024 A. D., have hereunto subscribed my

204.     name below and caused the Great Seal of The State of Ohio to be affixed on this instrument.

CARLINE E MCNARY
Notary Public
State of Ohio
My Comm. Expires
May 19, 2029.

205.     My Commission Expires _____
                                                ( Notary Stamp )

206.     ( Seal )
207.                           _____
                                     ( Notary Signature )

208.           DECLARATION OF INDEPENDENTS OF RANDALL G. STEPHENS

209.           I Randall G. Stephens, depose and state from October 14, 1969 the date of my accidental

210.           left knee injury I have been at the mercy of my former employer the Union Carbide

211.           Corporation et. al., whom, refused to comply with repeated Orders of the Bureau of Workers'

212.           Compensation and the Industrial Commission of Ohio, as well as the Social Security

213.           Disability Administration of the United States of America, which political agencies has no

214.           authority to compel my former employer Union Carbide Corporation et. al., to comply with

215.           the laws of the Bureau of Workers' Compensation and Industrial Commission of Ohio, nor

216.           the laws of the Social Security Disability Administration, of the United States of America,

217.           because they were a self-insured employer.

218.           I have filed several complaints into the Court of Common Pleas Cuyahoga County, Ohio,

219.           and have appealed to the Court of Appeals of Ohio Eighth District, and appealed to the

220.           Supreme Court of Ohio. I have filed several complaints into the United States District Court

221.           for the Northern District of Ohio Eastern Division, and appealed to the United States Court

222.           of Appeals for the Sixth Circuit, and appealed to the Supreme Court of the United States of

223.           America, and I filed a complaint into the United States District Court for the District of

224.           Columbia. Each one of my complaints stated the Original Record of Proceedings of the

225.           Findings of Facts of the Bureau of Workers' Compensation and Industrial Commission of

226.           Ohio, and the Original Proceedings of the Social Security Disability Administration, which

227.           were dismissed under precedent case law Darrell William, Plaintiff vs. Chuck Conner, Acting

228.           Secretary, United States Department of Agriculture, Defendant, which reads as follows:

229.           The Court "must accept as true all of the factual allegations contained in the complaint."

-12-

230. The complaint "is construed liberally in the plaintiffs" favor, and [the Court should] grant

231. plaintiff's the benefit of all inferences that can be derived from the facts alleged.

232. I have never been given a chance to present my evidence before a jury of twelve (12) of

233. my peers, which would reveal the conduct and acts of criminal crimes that the former

234. employer committed against me and their refusal to comply with the laws of the land.

235. I have been denied workers' compensation benefits, social security disability insurance

236. benefits, medical treatment, surgical, nursing and hospital attention and services, and

237. medicines for the injury and complication which have been allowed in my worker's

238. compensation claim by the State Agencies.  The employers are required and has the

239. responsible under the laws of the State of Ohio and the Federal laws of the United States of

240. America, to provide workers' compensation benefits, social security disability insurance

241. benefits, medical treatment, surgical, nursing and hospital attention and services, and

242. medicines for the injury and complication which are allowed in the Workers' Compensation

243. claim.

244. These employers have destroyed my life for the past Fifty-Four (54) years, I have been

245. suited by hospitals, pharmacies, and Doctors for unpaid bills, the Union Carbide Corporation

246. et. al., has sent me worker's compensation checks of One Hundred Twelve ($112.00)

247. Dollars, once I deposited the checks into my account, they were returned to me for non-

248. sufficient funds.  I can't obtain credit nor a decent place to live, this has been nothing but a

249. diabolical scheme to keep the wealthy, wealthy and the poor, poor having no freedom, liberty

250. or justice for the poor and permanent and totally disabled persons that are injured during the

251. course, of their employment with a self-insured employer.

252.         I Randall G. Stephens, further declare under oath and the penalty of perjury, that the typed

253.         statements in my Motion Pursuant to the Court Order Seeking Leave to File Declaratory

254.         Judgment with Jury Demand Endorsed Hereon, against the now Defendants Dow Chemical

255.         Company et. al., to obtain the full and final payment of my worker's compensation claim,

256.         Ordered by the Court of Common Pleas Cuyahoga County, Ohio's Court Ordered Agreed

257.         Settlement by All Parties, through the arbitration proceeding in the Court of Common Pleas

258.         Cuyahoga County, Ohio which is a irrevocable consent of the parties thereto to such

259.         jurisdiction, is the truth the whole truth and nothing but the truth, so help me God.

260.         Whenever any Form of Government becomes destructive of these ends, it is the Right of

261.         the People to alter or to abolish it, and to institute new Government, laying its foundation on

262.         such principles and organizing its powers in such form, as to them shall seem most likely to

263.         effect their Safety and Happiness.  But when a long train of abuses and usurpations, pursuing

264.         invariably the same Object evinces a design to reduce them under absolute Despotism, it is

265.         their right, it is their duty, to throw off such Government, and to provide new Guards for

266.         their future security.

267.         We therefore have laid the foundation for the Help on Learning Your Basic Instructions

268.         Before Leavening Earth (Holy Bible) by incorporating for non-profit The Kingdom of

269.         Heaven Enterprise, Sounds of Love, Peace and Tranquility in God, Non-Negotiable

270.         Everlasting Distribution, and God's Trust Foundation, are such principles and organizing its

271.         powers in such form, as to provide for our Safety, Security, Peace of Mind and the Pursuit of

272.         Happiness, to assume the Laws of Nature and of Nature's God, as we are entitled to by God's

273.         Word.  In the beginning was the Word, and the Word was with God, and the Word was God.

-14-

274.     (John chapter 1 verse 1 King James Version)

275.          September 26, 2024

276.                                             Respectfully submitted by,

277.
278.                                             Randall G. Stephens,
279.                                             Plaintiff Pro se
280.                                             P. O. Box 20051
281.                                             Cleveland, Ohio 44120
282.                                             (216) 536-1052

283.               CERTIFICATION OF SERVICE

284.     The original Motion Pursuant to Court Order Seeking Leave to File Declaratory

285.     Judgment with Jury Demand Endorse Hereon, was filed into the Carl B. Stokes United States

286.     District Court for the Northern District of Ohio Eastern Division, Clerk of Courts Office on the

287.     first floor located at 801 West Superior Avenue Cleveland, Ohio 44113, on this Twenty Sixth

288.     (26th.) day, of September 2024 A. D.

289.     One copy of Plaintiff's Motion Pursuant to Court Order Seeking Leave to File Declaratory

290.     Judgment with Jury Demand Endorsed Hereon, was placed in the care of the United States

291.     Postal Service Priority Mail Number EJ 681 457 775 US First Class Postage Prepaid,

292.     Signature Requested, addressed to the Department of Justice, 950 Pennsylvania Avenue

293.     North, West Washington D. C., 20530-0001 to the attention of the United States Attorney

294.     General Merrick B. Garland, on this Twenty Sixth (26th.) day, of September 2024 A. D.

295.     One copy of Plaintiff's Motion Pursuant to Court Order Seeking Leave to File Declaratory

-15-

296. Judgment with Jury Demand Endorsed Hereon, was placed in the care of the United States

297. Postal Service Priority Mail Number EJ 681 457 673 US First Class Postage Prepaid,

298. Signature Requested, addressed to the Ohio Attorney General Dave Yost, 150 Gay Street 21st.

299. Floor Columbus, Ohio 43215 to the attention of Timothy X. McGrail, on this Twenty Sixth

300. (26th.) day, of August 2024 A. D.

301. One copy of Plaintiff's Motion Pursuant to Court Order Seeking Leave to File Declaratory

302. Judgment with Jury Demand Endorsed Hereon, was placed in the care of the United States

303. Postal Service Priority Mail Number EJ 681 457 687 US First Class Postage Prepaid,

304. Signature Requested, addressed to the Zashin & Rich Labor and Employment Law Firm 950

305. Main Avenue 4th. Floor Cleveland, Ohio 44113 to the attention of Attorney Jeffrey J. Wedel,

306. Lead Attorney for the Dow Chemical Company, on this Twenty Sixth (26th.) day, of September

307. 2024 A. D.

308. September 26, 2024 A. D.

309. Respectfully submitted by,

310.
311. Randall G. Stephens,
312. Plaintiff Pro se
313. P. O. Box 20051
314. Cleveland, Ohio 44120
315. (215) 536-1052