THE FULL CAPTION OF EACH AND EVERY SUIT WHICH HAS BEEN

PREVIOUSLY FILED ON PLAINTIFF'S BEHALF

Complaint One, Case Number C-82-9, filed into the United States District Court for the Northern District of Ohio Eastern Division, on January 4, 1982 Plaintiff Randall G. Stephens, vs. Defendants Union Carbide Corporation, William S. Sneath, President of the Union Carbide Corporation, Emil P. Kovach, Safety Coordinator of the Union Carbide Corporation, George Meisel, President of Squire, Sanders & Dempsey, Attorney Robert E. Gillespy, Attorney Lee Larson, Attorney T. Herman, Attorney Schmidt, Legal Assistance Mary Lou Basco, Squire, Sanders & Dempsey Counsellors at Law Firm, Attorney James Mitchell Brown, Shapiro Kendis & Assoc. Co., L. P. A. Law Firm, Industrial Commission of Ohio, Garin Buonpane, Chairman of the Regional Board of Review, Mr. Ostrovsky, Member of the Regional Board of Review, Mr. French, Member of the Regional Board of Review, Assistance Attorney General for the State of Ohio Al Corsi, Kenneth E. Krouse, Administrator of the Ohio Bureau of Worker's Compensation, William Denihan, Deputy Administrator of the Ohio Bureau of Worker's Compensation, Michael Noble, Hearing Officer of the Ohio Bureau of Worker's Compensation, JoAnn Malls Maj, Regional Director of the Ohio Bureau of Worker's Compensation, the Ohio Bureau of Worker's Compensation, Avrum I. Froimason, M. D., Orthopedic Surgeon, Ms. L. Richardson, Assistant Cleveland Prosecutor, the State of Ohio, and Governor James A. Rhodes.

Complaint Two, Case Number C-82-292, filed into the United States District Court for the Northern District of Ohio Eastern Division, on February 4, 1982 Plaintiff Randall G. Stephens, vs. Defendants William S. Sneath, President of the Union Carbide Corporation, Emil P. Kovach, Safety Coordinator of the Union Carbide Corporation, Tom Dotson, Personnel Employee of the

-2-

Union Carbide Corporation, Union Carbide Corporation, George Meisel, President of the Squire, Sanders & Dempsey Law Firm, Attorney Robert H. Gillespy, Attorney Hartman, Attorney Lee Larson, Attorney Young, Attorney Merrman, Attorney Schmidt, Legal Assistant Mary Lou Basco, Squire, Sanders & Dempsey Counsellors at Law Firm, Attorney James Mitchell Brown, Shapiro, Kendis & Assoc. Co. L. P. A. Law Firm, Guarin Buonpane, Chairman of the Regional Board of Review, Mr. Ostrovsky, Member of the Regional Board of Review, Mr. French, Member of the Regional Board of Review, Assistant Attorney General of the State of Ohio Al Corsi, the Industrial Commission of Ohio, Joseph J. Sommer, Administrator of the Ohio Bureau of Worker's Compensation, Anthony R. Stringer, Administrator of the Ohio Bureau of Worker's Compensation, Kenneth E. Krouse, Administrator of the Ohio Bureau of Worker's Compensation, Richard H. Harris, Deputy Administrator of the Ohio Bureau of Worker's Compensation, William Denihan, Deputy Administrator of the Ohio Bureau of Worker's Compensation, Michael Noble, Hearing Officer of the Ohio Bureau of Worker's Compensation, JoAnn Malls Maj, Regional Director of the Ohio Bureau of Worker's Compensation, the Ohio Bureau of Worker's Compensation, Avrum I. Froimson, M. D., Orthopedic Surgeon, Ms. L. Richardson, Assistant Cleveland Prosecutor, the State of Ohio, and Governor James A. Rhodes.

Complaint Three, Case Number C-82-1906, filed into the United States District Court for the Northern District of Ohio Eastern Division, on July 26, 1982 Plaintiff Randall G. Stephens vs. Defendants William S. Sneath, President of the Union Carbide Corporation, Emil P. Kovach, Safety Coordinator, Tom Dotson, Personnel Employee of the Union Carbide Corporation, Ted Nunziato, Personnel Employee of the Union Carbide Corporation, the Union Carbide Corporation, JoAnn Malls Maj, Regional Director of the Ohio Bureau of Worker's Compensation, Guarin Buonpane, Chairman of the Regional Board of Review, Mr. Ostrovsky,

Member of the Regional Board of Review, Mr. French, Member of the Regional Board of Review, Industrial Commission of Ohio, Kenneth E. Krouse, Administrator of the Ohio Bureau of Worker's Compensation, William Denihan, Deputy Administrator of the Ohio Bureau of Worker's Compensation, Michael Noble, Hearing Officer of the Ohio Bureau of Worker's Compensation, and the Ohio Bureau of Worker's Compensation.

Complaint Four, Case Number C-83-2924, filed into the United States District Court for the Northern District of Ohio Eastern Division, on July 20, 1983 Plaintiff Randall G. Stephens vs. Defendant Margaret Heckler, Secretary of the Health and Human Services Social Security Administration.

Complaint Five, Case Number CV-90-198878, filed into the Court of Common Pleas Cuyahoga County, Ohio, on October 6, 1990 Plaintiff Randall G. Stephens vs. Defendants Union Carbide Corporation, William S. Sneath, President of the Union Carbide Corporation, Emil P. Kovach, Safety Coordinator of the Union Carbide Corporation, Ted Nunziato, Personnel Employee of the Union Carbide Corporation, Tom Dotson, Personnel Employee of the Union Carbide Corporation, the Ohio Bureau of Worker's Compensation, JoAnn Malls Maj, Regional Director of the Ohio Bureau of Worker's Compensation, William Denihan, Deputy Administrator of the Ohio Bureau of Worker's Compensation, Kenneth E. Krouse, Administrator of the Ohio Bureau of Worker's Compensation, Michael Noble, Hearing Officer of the Ohio Bureau of Worker's Compensation, Industrial Commission of Ohio, Guerin Buonpane, Chairman of the Regional Board of Review, Edward Ostrovsky, Member of the Regional Board of Review, Christopher J. French, Member of the Regional Board of Review, and Sherrod Brown, Secretary of the State of Ohio.

Complaint Six, Case Number 90-11163 filed into the Court of Claims of Ohio, on December 11, 1990 Plaintiff Randall G. Stephens, vs. Defendants Ohio Bureau of Worker's Compensation, Ohio Regional Board of Review, and the Industrial Commission of Ohio.

Complaint Seven, Case Number 92-CVE-19632 filed into the Cleveland Municipal Court Civil Branch, on May 19, 1992 Plaintiff Randall G. Stephens, vs. Defendants Union Carbide Corporation, William S. Sneath, President of the Union Carbide Corporation, Emil P. Kovach, Safety Coordinator of the Union Carbide Corporation, Ted Nunziato, Tom Dotson, Personnel Employee, the Ohio Bureau of Worker's Compensation, JoAnn Malls Maj, Regional Director of the Ohio Bureau of Worker's Compensation, William Denihan, Deputy Administrator of the Ohio Bureau of Worker's Compensation, Kenneth E. Krouse, Administrator of the Ohio Bureau of Worker's Compensation, Michael Noble, Hearing Officer of the Ohio Bureau of Worker's Compensation, the Industrial Commission of Ohio, Guerin Buonpane, Chairman of the Regional Board of Review, Edward Ostrovsky, Member of the Regional Board of Review, Christopher J. French, Member of the Regional Board of Review, and Bob Taft, Secretary of the State of Ohio.

Complaint Eight, Case Number CV-93-249145 filed into the Court of Common Pleas Cuyahoga County, Ohio, on March 19, 1993 Claimant-Appellee Randall G. Stephens, vs. Employer-Appellant Union Carbide Corporation, Wes Trimble, CEO/Administrator of the Ohio Bureau of Worker's Compensation, and the Industrial Commission of Ohio.

Complaint Nine Case Number 1:93-CV-1056 filed into United States District Court for the Northern District of Ohio Eastern Division, on May 18, 1993 Plaintiff Randall G. Stephens, vs. Defendant Donna E. Shalala, Acting Secretary of the Department of Health and Human Services Social Security Administration.

Complaint Ten, Case Number CV-98-368818 filed into the Court of Common Pleas Cuyahoga County, Ohio on October 29, 1998 Plaintiff Randall G. Stephens vs. Defendants Union Carbide Corporation, and William S. Sneath, President of the Union Carbide Corporation.

Complaint Eleven, Case Number CV-383935 filed into the Court of Common Pleas Cuyahoga County, Ohio, on May 13, 1999 Plaintiff Randall G. Stephens vs. Defendants the Union Carbide Corporation, William S. Sneath, former President of the Union Carbide Corporation, Dr. William Joyce, present President of the Union Carbide Corporation, Jonn Malls Maj, Regional Director of the Ohio Bureau of Worker's Compensation and Industrial Commission of Ohio, Guerin Buonpane, Chairman of the Regional Board of Review, Edward Ostrovsky, Member of the Regional Board of Review, Christopher J. French, Member of the Regional Board of Review, William Denihan, Deputy Administrator of the Ohio Bureau of Worker's Compensation, Kenneth Krouse, Administrator of the Ohio Bureau of Worker's Compensation, and Michael Noble, Hearing Officer of the Ohio Bureau of Worker's Compensation.

Complaint Twelve, Case Number 1:03-CV-1483 filed into the United States District Court for the Northern District of Ohio Eastern Division, on July 17, 2003 Plaintiff Randall G. Stephens vs. Defendants Union Carbide Corporation, Judge Janet R. Burnside of the Court of Common Pleas Cuyahoga County, Ohio, and Dr. William H. Joyce, President of the Union Carbide Corporation.

Complaint Thirteen, Case Number 1:05-CV-2715 filed into the United States District Court for the Northern District of Ohio Eastern Division, on November 18, 2005 Plaintiff Randall G. Stephens, vs Defendant JoAnn Burnhart, Commissioner of the Social Security Administration.

Complaint Fourteen, Case Number 1:06-CV-088 filed into the United States District Court for the Northern District of Ohio Eastern Division, on January 13, 2006 Plaintiff Randall G. Stephens, vs. Defendants the State of Ohio, Kenneth J. Blackwell, Secretary of the State of Ohio, Ohio Bureau of Worker's Compensation, James Conrad, CEO/Administrator of the Ohio Bureau of Worker's Compensation, JoAnn Malls Maj, Regional Director of the Ohio Bureau of Worker's Compensation, Kenneth E. Krouse, Administrator of the Ohio Bureau of Worker's Compensation, William Denihan, Deputy Administrator of the Ohio Bureau of Worker's Compensation, Michael Noble, Hearing Officer of the Ohio Bureau of Worker's Compensation, Guerin Buonpane, Chairman of the Regional Board of Review, Edward Ostrovsky, Member of the Regional Board of Review, Chrisopher J. French, Member of the Regional Board of Review, and the Industrial Commission.

Complaint Fifteen, Case Number 1:08-CV-1019 filed into the United States District Court for the Northern District of Ohio Eastern Division, on June 13, 2008 Plaintiff Randall G. Stephens, vs. Defendant Michael Astrue, Commissioner of the Social Security Administration.

Complaint Sixteen, Case Number 1:09-CV-1219 filed into the United States District Court for the Northern District of Ohio Eastern Division, on May 28, 2009 Plaintiff Randall G. Stephens, vs. Defendants the Union Carbide Corporation, Dr. William Joyce, President of the Union Carbide Corporation, Attorney Kelly S. Lawrence, of the Squire, Sanders & Dempsey Attorneys at Law Firm, and Sherman Charna, Chief Financial Officer of the Squire, Sanders & Dempsey Attorneys at Law Firm.

Complaint Seventeen, Case Number CV-15-847817 filed into the Court of Common Pleas Cuyahoga County, Ohio, on July 2, 2015 Appellants Steve Buchrer, Chief Administrator of the

Ohio Bureau of Worker's Compensation, the Industrial Commission of Ohio, Randall G. Stephens, vs. Appellees the Union Carbide Corporation, and Patrick E. Gottischalk, President of the Union Carbide Corporation.

Complaint Eighteen, Case Number CV-16-857520 filed into the Court of Common Pleas Cuyahoga County, Ohio, on January 19, 2016 Plaintiff Randall G. Stephens, vs. Defendants the Union Carbide Corporation, Patrick E. Gottschale, President of the Union Carbide Corporation, the Dow Chemical Company, Steve Buchrer, Chief Administrator of the Ohio Bureau of Worker's Compensation, and Andrew N. Liveris CEO & President of the Dow Chemical Company.

Complaint Nineteen, Case Number CV-18-903654 filed into the Court of Common Pleas Cuyahoga County, Ohio, on September 13, 2018 Plaintiff-Appellant Randall G. Stephens, vs. Defendant-Appellees Union Carbide Corporation now the Dow Chemical Company.

Exhibit Journal Entry Twenty, Case Number CV-18-903654 Journal Entry of the Court of Common Pleas Cuyahoga County, Ohio, dated May 20, 2020. Appealed to the Court of Appeals of Ohio Eighth District.

Exhibit Journal Entry Twenty-One, Case Number 109722 Journal Entry of the Court of Appeals of Ohio Eighth District, dated June 1, 2020. Appealed to the Supreme Court of Ohio.

Exhibit Journal Entry Twenty-Two, Case Number 2020-0862 Journal Entry of the Supreme Court of Ohio, dated September 29, 2020. Appealed to the Supreme Court of the United States.

Exhibit Journal Entry Twenty-Three, Case Number 20-1086 Order of the Supreme Court of

the United States, dated April 19, 2021.

September 26, 2024 A. D.

                                        Respectfully submitted by,

                                        *[signature]*

                                        Randall G. Stephens,
                                        Plaintiff Pro se
                                        P. O. Box 20051
                                        Cleveland, Ohio 44120
                                        (216) 536-1052